**RECEIVED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARCH 25, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 21-6016 |
| | : | |
| DEVIN SAMUEL, | : | **SEALING ORDER** |
| a/k/a "Dread" | : | |

At: ~~8:30~~ 3:05   Pm

WILLIAM T. WALSH

CLERK

This matter having been brought before the Court upon application of Rachael A. Honig, the Acting United States Attorney for the District of New Jersey (Eric A. Boden, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date against Defendant Devin Samuel, a/k/a "Dread," and for good cause shown,

IT IS on this __25th__ day of March, 2021,

ORDERED that, except for such copies of the Arrest Warrant as are necessary to accomplish its purpose, the Complaint, Arrest Warrant, and this Order be and hereby are SEALED until the Arrest Warrant is executed or until further order of the Court. IT IS FURTHER ORDERED that, once the Arrest Warrant is executed that the Complaint, Arrest Warrant, and this Order be and hereby are unsealed.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE