# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 21-6016 (DEA) |
| DEVIN SAMUEL<br>a/k/a "Dread" | :<br>:<br>:<br>: | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Tracey Agnew, Assistant United States Attorney), and defendant Devin Samuel (by Christopher J. Gramiccioni, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through February 28, 2023, to allow time for the parties to formally enter the plea agreement which has been reached by the parties; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and nine prior continuances having been ordered by the Court, on April 13, 2021, June 10, 2021, September 13, 2021, December 20, 2021, March 24, 2022, June 22, 2022, September 30, 2022, and November 4, 2022 and December 15, 2023; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have finalized a plea agreement and seek time to formally enter it, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this <u>24th</u> day of January, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through February 28, 2023; and it is further

ORDERED that the period from the date this Order is signed through February 28, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                       HON. DOUGLAS E. ARPERT
                                                       United States Magistrate Judge

Form and entry consented to:

*s/ Christopher J. Gramiccioni*

Christopher J. Gramiccioni, Esq.
Counsel for Defendant Devin Samuel


Tracey Agnew
Assistant United States Attorney

*/s Eric A. Boden*

Eric A. Boden
Attorney-in-Charge, Trenton Branch Office